IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TINIKA BURRIS | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-17-0659 |
| JOSEPH CLOCKER, et al. | * | |
| Defendants | * | |

## MEMORANDUM

Now pending before the Court is the Defendants' MOTION TO DISMISS (ECF No. 14). The Defendant requested a lengthy extension of the deadline for her response (ECF No. 16), and that request was granted (ECF No. 17). The Clerk also sent the Plaintiff the standard letter for *pro se* litigants advising as to the significance of a motion to dismiss and the potential adverse consequences should the motion be granted (ECF No. 15). The Plaintiff has not responded to the motion to dismiss.

The Court has carefully reviewed the motion to dismiss and the legal argument submitted in support thereof. The Court agrees with the Defendants' analysis and adopts it herein. Accordingly, by accompanying order, the MOTION (ECF No. 14) will be GRANTED, the case will be DISMISSED, and the Clerk will be directed to CLOSE THIS MATTER.

DATED this 4th day of December, 2017.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge